Date: 07/14/11                                                                                                          Page: 1

# DIVIDENDS REMITTED TO THE COURT

Case Number 10-11859 - JUSTICE-STEVENSON,

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Credit Bureau of Marshall**<br>**P.O. Box 99**<br>**Marshall, MN 56258** | 000003 | 101.00 | 1.60 |
| ---------- Remittance Total --------------- | | 101.00 | 1.60 |

_____
SUSAN MANCHESTER, Trustee